IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Perez, Jesse M | Case Number: 04 B 47688 |
|---|---|---|
| | Perez, Linda | Judge: Wedoff, Eugene R |
| | Printed: 01/29/09 | Filed: 12/29/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed: December 11, 2008
Confirmed: February 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 21,390.00 |  |
| Secured: |  | 17,791.64 |
| Unsecured: |  | 455.87 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,894.00 |
| Trustee Fee: |  | 1,103.18 |
| Other Funds: |  | 145.31 |
| Totals: | 21,390.00 | 21,390.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Joseph Wrobel Ltd | Administrative | 1,894.00 | 1,894.00 |
| 2. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 3. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 4. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 5. | Household Financial Corporation | Secured | 8,666.51 | 8,666.51 |
| 6. | Nuvell Credit Company LLC | Secured | 6,702.82 | 6,702.82 |
| 7. | Cook County Treasurer | Secured | 2,949.37 | 2,422.31 |
| 8. | Carmel Financial Corp | Unsecured | 88.00 | 88.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 205.00 | 205.00 |
| 10. | Nuvell Credit Company LLC | Unsecured | 162.87 | 162.87 |
| 11. | Capital One | Unsecured |  | No Claim Filed |
| 12. | Capital One | Unsecured |  | No Claim Filed |
| 13. | Capital One | Unsecured |  | No Claim Filed |
| 14. | Palos Community Hospital | Unsecured |  | No Claim Filed |
| 15. | Mariana Gigea MD | Unsecured |  | No Claim Filed |
| 16. | Palos Community Hospital | Unsecured |  | No Claim Filed |
| 17. | Great Seneca | Unsecured |  | No Claim Filed |
|  |  |  | $ 20,668.57 | $ 20,141.51 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Perez, Jesse M                              Case Number:  04 B 47688
         Perez, Linda                                Judge:  Wedoff, Eugene R
         Printed: 01/29/09                           Filed:  12/29/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 93.00 |
| 3% | 41.85 |
| 5.5% | 230.18 |
| 5% | 69.74 |
| 4.8% | 133.91 |
| 5.4% | 301.37 |
| 6.5% | 181.34 |
| 6.6% | 51.79 |
|  | $ 1,103.18 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

